CARMELA PAGAY (SBN 195603)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
Telephone: (310) 229-1234
Facsimile:  (310) 229-1244
Email: ctp@lnbyb.com

Attorneys for Timothy J. Yoo
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ANTHONY HUNG QUAN HO,<br><br>Debtor. | Case No. 2:21-bk-13473-ER<br><br>Chapter 7<br><br>**NOTICE OF ERRATA RE CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) AUTHORIZING SALE OF ESTATE'S RIGHT, TITLE, AND INTEREST IN REAL PROPERTY FREE AND CLEAR OF LIEN OF JAMILA BIBI SOZAHDAH; (2) APPROVING OVERBID PROCEDURE; AND (3) WAIVING RULE 6004(H) STAY**<br><br>[6 Meyer Court, Hermosa Beach, California 90254]<br><br>Date:  November 2, 2021<br>Time: 10:00 a.m.<br>Place: Courtroom 1568<br>      Roybal Federal Building<br>      255 E. Temple Street<br>      Los Angeles, California |

1  **TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY**

2  **JUDGE AND TO ALL INTERESTED PARTIES:**

3        **PLEASE TAKE NOTICE** that the Chapter 7 Trustee's Motion for Order:

4  (1) Authorizing Sale of Estate's Right, Title, and Interest in Real Property Free and Clear of Lien

5  of Jamila Bibi Sozahdah; (2) Approving Overbid Procedure; and (3) Waiving Rule 6004(h) Stay

6  filed on October 4, 2021 by Timothy J. Yoo, chapter 7 trustee herein [Doc 39] (the "Motion")

7  incorrectly described the transfer effectuated by the Quitclaim Deed attached as Exhibit 2 to the

8  Motion.   Exhibit 2 is the Quitclaim Deed whereby the debtor Anthony Hung Quan Ho (the

9  "Debtor") and his mother Josephine Ho ("Josephine") acquired title to the real property located

10  at 6 Meyer Court, Hermosa Beach, California 90254 as joint tenants.  There was no transfer

11  from the Debtor to Josephine via the Quitclaim Deed attached as Exhibit 2 as had been stated in

12  the Motion.

13

14  DATED:  October 5, 2021                          LEVENE, NEALE, BENDER, YOO
                                                              & BRILL LLP
15

16                                                       By:   */s/ Carmela T. Pagay*
                                                                CARMELA T. PAGAY
17                                                              Attorneys for Timothy J. Yoo
                                                                Chapter 7 Trustee
18

19

20

21

22

23

24

25

26

27

28

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067.

A true and correct copy of the foregoing document **Notice of Errata re Chapter 7 Trustee's Motion for Order: (1) Authorizing Sale of Estate's Right, Title, and Interest in Real Property Free and Clear of Lien of Jamila Bibi Sozahdah; (2) Approving Overbid Procedure; and (3) Waiving Rule 6004(H) Stay** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 5, 2021,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Ryan Forrest on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION
ryan.forrest@bonialpc.com

Carmela Pagay on behalf of Trustee Timothy Yoo (TR)
ctp@lnbyb.com

Daren M Schlecter on behalf of Interested Party Interested Party
daren@schlecterlaw.com, assistant@schlecterlaw.com

James R Selth on behalf of Debtor Anthony Hung Quan Ho
jim@wsrlaw.net, jselth@yahoo.com;dairi@wsrlaw.net;vinnet@ecf.inforuptcy.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Timothy Yoo (TR)
tjytrustee@lnbyb.com, tjy@trustesolutions.net

☐ Service information continued on attached page

**2.** **SERVED BY UNITED STATES MAIL**: On **October 5, 2021,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| | |
|---|---|
| Purchaser<br>Josephine Ho<br>c/o Daren Schlecter<br>Law Office of Daren M. Schlecter, APC<br>1925 Century Park East, Suite 1180<br>Los Angeles, CA 90067 | Lienholder<br>Jamila Bibi Sozahdah<br>8491 W. Sunset Blvd., #427<br>West Hollywood, CA 90069 |
| Counsel for Sozahdah<br>Qais Zafari<br>424 E. Sixth Street, #3<br>Corona, CA 92879 | Courtesy Copy<br>Hon. Ernest M. Robles<br>United States Bankruptcy Court<br>255 E. Temple Street, Suite 1560<br>Los Angeles, CA 90012 |

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                        **F 9013-3.1.PROOF.SERVICE**

1

2
**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 5, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

3

4

5
☐ Service information continued on attached page

6
I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

7
| October 5, 2021 | John Berwick | /s/ John Berwick |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**