**Law Office of Qais Zafari (SBN: 231767)**
**Qais Zafari, Esq.**
424 East Sixth Street suite 3
Corona CA 92879.
Tel: 951.898.0266
Fax: 866.895.5921

Attorney for Claimant
JAMILA SOZAHDAH

## US BANKRUPTCY COURT

## CENTRAL DISTRICT – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>ANTHONY HUNG QUAN HO,<br><br>Debtor, | Case No.  2:21-bk-13473-ER<br><br>Chapter 7<br><br>Date: November 2, 2021<br>Time: 10:00 a.m.<br>Place: Courtroom 1568<br>      Roybal Federal<br>      Building 255 E.<br>      Temple Street Los<br>      Angeles, California |

**OBJECTION TO CHAPTER 7 TRUSTEE'S MOTION FOR: (1) AUTHORIZING SALE OF ESTATE'S RIGHT, TITLE, AND INTEREST IN REAL PROPERTY FREE AND CLEAR OF LIEN OF JAMILA BIBI SOZAHDAH; (2) APPROVING OVERBID PROCEDURE; AND (3) WAIVING RULE 6004(H) STAY**

JAMILA BIBI SOZAHDAH objects to chapter 7 Trustee Timothy Yoo's motion to sell the 50% interest in property located at 6 Meyer Court, Hermosa Beach, California 90254.

1

I am the Claimant in this matter. I have personal knowledge of all the facts stated in this objection except those stated upon information and belief, which facts I believe to be true. I am competent to testify and would testify to all facts stated in this declaration if called upon to testify as a witness.

## BACKGROUND INFORMATION

1. Petitioner Dr. Anthony Ho and I were married on November 12, 2012, and separated on May 27, 2018, after he filed for a Petition for Dissolution of Marriage on July 3, 2018.
2. A Notice of Pendency of Action was recorded on 3-30-2021, due to the filing of the Dissolution of marriage and my community interest in the property.  **Please see attached pendency of action as Exhibit-1 (copy of recorded pendency of action).**
3. Dr. Ho used joint marital funds as a down payment on the property located on 6 Meyer Court, Hermosa Beach, CA 90254.  **Please see attached as exhibit-2 (copy of check used and bank statement showing withdrawal).**
4. I contend I have a community property interest in the property purchased with community funds.
5. A proof of claim has been filed on 10-18-2021, asserting my claim on the property.
6. Debtor owes me 50% of whatever interest he is entitled to as part of any sale of the property.

2

## CONCLUSION

This sale should not proceed until it is determined what my interest in the property is and the priority of my claim to any proceeds of any sale of the property.

I declare under penalty of perjury under the laws of the State of California that all of the foregoing is true and correct.

Executed this 18th day of October, 2021, in Corona, California.

Dated: Oct.__18__, 2021

/s/ Jamila Sozahdah
Jamila Sozahdah
Claimant

3

**Law Office of Qais Zafari (SBN: 231767)**
**424 East Sixth Street suite 3**
Corona CA 92879
Tel: 951.898.0266
Fax: 866.895.5921

**Attorney for Claimant**
**JAMILA SOZAHDAH**

## US BANKRUPTCY COURT

## CENTRAL DISTRICT – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>　　ANTHONY HUNG QUAN HO,<br>　　　　　Debtor,<br>_____<br>　　Jamila Sozahdah,<br>　　　　　Claimant.<br>_____ | Case No. **2:21-bk-13473-ER**<br><br>Chapter 7<br><br>Declaration of Jamila Sozahdah in Opposition to Sale of Residence. |

I, JAMILA SOZAHDAH, declare as follows:

　　I am the Claimant in this matter. I have personal knowledge of all the facts stated in this declaration except those stated upon information and belief, which facts I believe to be true. I am competent to testify and would testify to all facts stated in this declaration if called upon to testify as a witness.

BACKGROUND INFORMATION

　　1. Petitioner Dr. Anthony Ho and I were married on November 12, 2012, and separated on May 27, 2018, after he filed for a Petition for Dissolution of Marriage on July 3, 2018.

2. I filed my Response on July 26, 2018, at which time I did not have legal representation, until January of 2019. The dissolution is still on-going.

3. It is stated that on September 18, 2018, I transferred my entire interest in the property located on 6 Meyer Court, Hermosa Beach, CA 90254. However, my signature was fraudulently induced on the basis that I did not know the implications of what I was coerced into signing.

4. I was told by Dr. Ho that if I did not sign the document, he would do everything in his power as a Medical Director to ensure I lose access to our business which ran on his medical license. Out of fear for losing my means of income and livelihood, I signed a document at a time I did not have any legal counsel, because I did not have the financial means for representation. Furthermore, after separation, Dr. Ho removed me from all joint bank accounts without my knowledge or consent and violated automatic temporary restraining orders which included him selling a joint property in which I had shared interest in on or around 2020 located in Benicia, CA.

5. Dr. Ho used joint marital funds as a down payment on the property located on 6 Meyer Court, Hermosa Beach, CA 90254. Dr. Ho has depleted all of our marital assets since our separation which also included bankrupting our joint company DripDoctors Inc. which I co-founded and built into a multi-

million dollar company prior to his hostile takeover and unlawfully terminating me from my position.

6. In April of 2020, I had to hire Artea Counsel to seek an order for a motion to compel further responses and to request production of documents pertaining to the DripDoctors' entities. As an owner, Dr. Ho denied me through legal counsel my access to community assets, thus depriving me of financial information, and prolonging and running up the expense of litigation to force me into a position of surrender. Dr. Ho has used his position of power and our joint marital funds to financially bankrupt me, and attempt to eliminate my access to remaining martial assets, which are still unresolved in the family court

7. I contend I have a community interest in the property bought with community funds.

8. Dr. Ho also removed community funds from our joint bank accounts of which I owed half.

9. Debtor owes me half of the proceeds of the residence, as well as half the community bank accounts he liquidated.

I declare under penalty of perjury under the laws of the State of California that all of the foregoing is true and correct.

    Executed this 18th day of October, 2021, in Corona, California.

Dated: Oct.18, 2021

/s/ Jamila Sozahdah
Jamila Sozahdah
Claimant

# EXHIBIT-1

LAW OFFICE OF QAIS ZAFARI
QAIS ZAFARI, ESQ. (SBN: 231767)
424 E. Sixth St., Ste. 3
Corona, Ca 92879
Tel: (951) 898-0266
Fax: (866) 895-5921

20224125
Batch Number: 12032735

ATTORNEY FOR RESPONDENT
JAMILA BIBI SOZAHDAH

SUPERIOR COURT FOR THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES
CENTRAL DISTRICT

ANTHONY HO,

    Petitioner,

v.

JAMILA BIBI SOZAHDAH,

    Respondent.

Case No.: 18STFL08124

NOTICE OF PENDENCY OF ACTION [CCP SECTION 405.20 & SECTION 405.22].

TO PETITIONER, ANTHONY HO AND HIS ATTORNEY OF RECORD, IF ANY:

COMES NOW, Jamila Bibi Sozahdah, Respondent in the Petition for Dissolution of Marriage currently pending in the Superior Court of California, County of Los Angeles, does hereby assert a real property claim and hereby gives notice of a pendency of an action in which that real property claim is alleged pursuant *California Civil Code §405.3*. The real property affected by this action is located at 6 MEYER CT, HERMOSA BEACH, California, more particularly described as follows:

1- NOTICE OF PENDENCY OF ACTION [CCP SECTION 405.20 & SECTION 405.22]

Branch :NAG,User :JVAN    Comment:    Station Id :UY0M

Real property in the city of Hermosa Beach, County of Los Angeles, State of California described as follows:

A PARCEL OF LAND LOCATED IN THE STATE OF CA, COUNTY OF LOS ANGELES, WITH A SITUS ADDRESS 6 MEYER CT, HERMOSA BEACH, CA 90254-5450 C007 CURRENTLY OWNED BY HO ANTHONY & HO JOSEPHINE L HAVING A TAX ASSESSOR NUMBER OF 4186-029-035 AND BEING THE SAME PROPERTY MORE FULLY DESCRIBED AS P.M 390-96-97 LOT 1 CONDO UNIT 2 (AIRSPACE AND ½ INT IN COMMON AREA) DATED 0 AND RECORDED 0.

From the time of recording this Notice, a purchaser, encumbrancer, or other transferee of the real property described in the Notice shall be deemed to have constructive notice of the pendency of the noticed action as it relates to the real property.

I, Qais Zafari, attorney for the Respondent, Jamila Sozahdah, declare under penalty of perjury under the laws of the State of California, that I have read the Notice of Pendency of Action, and I know it is true of my own knowledge, except as to those things stated upon information and belief, and as to those I believe it to be true.

Dated: March 30, 2021

_____
Qais Zafari, Esq.

2- NOTICE OF PENDENCY OF ACTION [CCP SECTION 405.20 & SECTION 405.22]

**State of California**

**County of Riverside**

On 3/30/21 before me, Bianca A. Roldan Vasquez, Notary Public

Personally appeared QAIS ZAFARI, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

BIANCA A. ROLDAN VASQUEZ
COMM #2213566
NOTARY PUBLIC - CALIFORNIA
RIVERSIDE COUNTY
My Commission Expires September 10, 2021

WITNESS my hand and official seal

_____ (Seal)
Signature of Notary Public

3- NOTICE OF PENDENCY OF ACTION [CCP SECTION 405.20 & SECTION 405.22]

Branch :NAG,User :JVAN  Comment:  Station Id :UY0M

# PROOF OF NOTICE DECLARATION
## (CCP § 8118)

I, Qais Zafari, Attorney for the Respondent, Jamila Bibi Sozahdah, declare that I have served copies the NOTICE OF PENDENCY OF ACTION by Postage Paid Certified, Priority Mail Express with tracking service addressed to:

ANTHONY HO
6 MEYER CT., HERMOSA BEACH, CA 90254

ANTHONY HO, C/O
LAW OFFICES OF DAVID S. KARTON
9465 WILSHIRE BLVD., STE. 300
BEVERLY HILLS, CA 90212

JOSEPHINE L. HO
6 MEYER CT., HERMOSA BEACH, CA 90254

On 3/30/2021, at 2:30 a.m. or (p.m) from Corona, California, attached hereto and incorporated herein is the proof of mailing receipt and tracking record from the United States Postal Service and Proof of Service by Mail confirming that all the requirements of California Civil Code of Procedure §405.20; §405.22 & §8461 regarding this Notice of Pendency Action have been met and constructive notice of this action are thereby been given as provided by the laws of the State of California.

I declare under penalty of perjury that the forgoing is true and correct. Signed at Corona, California, on 3/30/2021

LAW OFFICE OF QAIS ZAFARI

BY: _____
Qais Zafari, Attorney for Respondent
JAMILA BIBI SOZAHDAH

4- NOTICE OF PENDENCY OF ACTION [CCP SECTION 405.20 & SECTION 405.22]

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

I am employed in the County of Riverside, State of California. I am over the age of 18 and not a party to the within action. My business address is 424 E. Sixth St., Ste. 3, Corona, California 92879.

On 3/30/2021, I served the foregoing document described as

**NOTICE OF PENDENCY ACTION**

on all interested parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

ANTHONY HO
6 MEYER CT.
HERMOSA BEACH, CA 90254

LAW OFFICES OF DAVID S. KARTON
9465 WILSHIRE BLVD., STE. 300
BEVERLY HILLS, CA 90212

JOSEPHINE L. HO
6 MEYER CT
HERMOSA BEACH, CA 90254

__xx__ **VIA U.S. MAIL** - I deposited such envelope Certified, Priority Mail Express in Corona, California, by personally delivering said mail to the United States Postal Service the envelope was mailed with postage thereon fully prepaid.

____ **VIA FACSIMILE** - I caused such document to be sent **VIA FACSIMILE** to the office of the addressee at the facsimile number listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 30th day of March 2021, in Corona, California.

_____
QAIS ZAFARI, ESQ.

5- NOTICE OF PENDENCY OF ACTION [CCP SECTION 405.20 & SECTION 405.22]

**EXHIBIT-2**

ITEM 8



9/15/2020

Check Details - chase.com

Printed from Chase for Business

$120,000.00 Total     Aug 22, 2018 Post date     1025 Check #    RFP #51



JPMorgan Chase Bank, N.A. Member FDIC    ©2020 JPMorgan Chase & Co.    Equal Opportunity Lender

https://secure05c.chase.com/web/auth/dashboard#/dashboard/overviewAccounts/overview/business;flyout=transactionImageDetails,606676819,4870927440    1/1

123

**CHASE PRIVATE CLIENT**

August 01, 2018 through August 31, 2018
Account Number: ███████████

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 1000 ^ | 08/06 | $4,200.00 |
| 1035 * ^ | 08/22 | 120,000.00 |
| **Total Checks Paid** | | **$124,200.00** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $19,473.17 |
| 08/01 | Quickpay With Zelle Payment To Luma Rent 7350316189 | -3,000.00 | 16,473.17 |
| 08/02 | Online Transfer From Sav ...1135 Transaction#: 7369011868 | 57,000.00 | 73,473.17 | RFP #7 |
| 08/03 | Remote Online Deposit    1 | 1,000.00 | 74,473.17 | RFP #41 |
| 08/05 | 08/03 Domestic Wire Transfer Via: Comm Bk Cov/122203471 A/C: Concierge Escrow Soumbay Inc Trustee Account Name: Concierge Escrow Soumbay Inc Trust Account Reference: Id M Fischer, Escrow Officer Reference... Imad: 0803B1Qgc08C004417 Tmn: 6153900014Es | -56,970.00 | 17,503.17 |
| 08/06 | Quickpay With Zelle Payment To Luma Rent 7376451837 | -1,791.00 | 15,712.17 |
| 08/06 | Check    # 1000 | -4,200.00 | 11,512.17 |
| 08/07 | Deposited Item Returned    Stop Payment  099308290 # dl Item 00001Ckv 0000037616    Dsp Amt 00000100000    Dsp Date 080318Ck Am 0000100000 | -1,000.00 | 10,512.17 | RFP #42 |
| 08/08 | 08/07 Payment To Chase Card Ending IN 2988 | -85.94 | 10,426.23 |
| 08/09 | 08/09 Online Transfer To Chk ...1102 Transaction#: 7388065702 | -360.00 | 10,066.23 |
| 08/15 | Mbla.Com    Auto Pay  5000840588    Web ID: 1859860002 | -1,550.51 | 8,515.72 |
| 08/17 | Deposit    1794201150 | 89,570.00 | 98,085.72 | RFP #45 |
| 08/17 | Online Transfer From Chk ...9172 Transaction#: 7321105069 | 4,000.00 | 102,085.72 | RFP #47 |
| 08/20 | Online Transfer From Chk ...9172 Transaction#: 7414083481 | 25,000.00 | 127,085.72 | RFP #49 |
| 08/22 | Check    # 1035 | -120,000.00 | 7,085.72 | RFP #51 |
| 08/27 | Quickpay With Zelle Payment To Josh Huntington Jpm17J198816 | -700.00 | 6,385.72 |
| 08/31 | Interest Payment | 0.18 | 6,385.90 |
| | **Ending Balance** | | **$6,385.90** |

114

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
424 E. Sixth Street, #3 Corona, CA 92879

A true and correct copy of the foregoing document entitled (*specify*): OBJECTION TO CHAPTER 7 TRUSTEE'S MOTION FOR: (1) AUTHORIZING SALE OF ESTATE'S RIGHT, TITLE, AND INTEREST IN REAL PROPERTY FREE AND CLEAR OF LIEN OF JAMILA BIBI SOZAHDAH; (2) APPROVING OVERBID PROCEDURE; AND (3) WAIVING RULE 6004(H) STAY .

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10-18-21, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   Ryan Forrest on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION   ryan.forrest@bonialpc.com
   Carmela Pagay on behalf of Trustee Timothy Yoo (TR)   ctp@lnbyb.com
   Daren M Schlecter on behalf of Interested Party Interested Party   daren@schlecterlaw.com, assistant@schlecterlaw.com
   James R Selth on behalf of Debtor Anthony Hung Quan Ho   jim@wsrlaw.net, jselth@yahoo.com;dairi@wsrlaw.net;vinnet@ecf.inforuptcy.com
   United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
   Timothy Yoo (TR)   tjytrustee@lnbyb.com, tjy@trustesolutions.net

   ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
   On (*date*) 10-18-21, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   ☑ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

   ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10-18-21 | VINCENT LOPEZ | /S/ VINCENT LOPEZ |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

SERVICE LIST:

Purchaser
Josephine Ho
c/o Daren Schlecter
Law Office of Daren M. Schlecter, APC
1925 Century Park East, Suite 1180
Los Angeles, CA 90067

Lienholder
Jamila Bibi Sozahdah
8491 W. Sunset Blvd., #427
West Hollywood, CA 90069

Counsel for Sozahdah
Qais Zafari
424 E. Sixth Street, #3
Corona, CA 92879

Courtesy Copy
Hon. Ernest M. Robles
United States Bankruptcy Court
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012